**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**DAN BUNKERING (AMERICA) INC.,**

     **Plaintiff,**

**v.**                                                                 Case No.: 19-413

**EPIC HEDRON** *in rem*
**EPIC DIVING & MARINE SERVICES**
**LLC** *in personam*
**EPIC COMPANIES, LLC** *in personam*,

     **Defendant.**

---

**MOTION FOR ISSUANCE OF WARRANT OF ARREST, *IN REM***

NOW INTO COURT**,** through undersigned counsel, comes Plaintiff, Dan Bunkering (America) Inc., and upon suggesting to the Court that the Verified Complaint filed herein set forth the required conditions for the issuance of a maritime arrest *in rem* pursuant to Admiralty Rule C and that the conditions set forth in the conditions set forth in Civil L.R. 104(a) and (c) have been satisfied, respectfully requests that the Court authorize and order the Clerk of Court to issue a warrant for the arrest of the EPIC HEDRON, her engines, rigging, tackle, appurtenances, equipment, furnishings, and fixtures.

Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest or attachment of the vessel.

Respectfully Submitted By,

**_/s/ Neal C. Townsend_**
NEAL C. TOWNSEND (TOWNN0210)
ADAMS AND REESE LLP
11 North Water Street, Suite 23200
Mobile, Alabama 36602
(251) 433-3234 (phone)
(251) 438-7733 (facsimile)
neal.townsend@arlaw.com
*Attorney for Dan Bunkering (America) Inc.*