IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAN BUNKERING (AMERICA) INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**EPIC HEDRON** *in rem*<br>**EPIC DIVING & MARINE SERVICES LLC** *in personam*<br>**EPIC COMPANIES, LLC** *in personam*,<br><br>    **Defendant.** | Case No.: 19-413 |

### ORDER FOR ISSUANCE OF WARRANT OF ARREST, *IN REM*

Considering the foregoing Verified Complaint filed herein and upon determination that the conditions set forth pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and Civil L.R. 104(a) and (c) have been met,

IT IS HEREBY ORDERED that the Clerk of Court issue a Warrant for the Arrest of the EPIC HEDRON, her engines, rigging, tackle, equipment, furnishings, and fixtures.

Plaintiff has agreed to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest or attachment of the vessel.

Mobile, Alabama, this \_\_\_\_day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE