IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAN BUNKERING (AMERICA) INC.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**EPIC HEDRON** *in rem*<br>**EPIC DIVING & MARINE SERVICES LLC** *in personam*<br>**EPIC COMPANIES, LLC** *in personam*,<br><br>    **Defendant.** | Case No.: 19-413 |

## **ORDER**

Considering the foregoing Motion to Permit Cargo and Repair Operations and Movement of Vessel;

IT IS ORDERED that the United States Marshal for the Southern District of Alabama be and hereby is directed and authorized to permit repairs and cargo operations to continue aboard the EPIC HEDRON ("the Vessel"), while the Vessel is under arrest, and to permit movement or shifting of the EPIC HEDRON from the location where the Vessel is arrested to such other berth or anchorage located within the jurisdiction of this Court, all while continuing to remain in the Marshal's custody.

Plaintiff has agreed to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising out of the

movement of the Vessel and/or arising out of the cargo loading/unloading operations of the Vessel.

Mobile, Alabama, this \_\_\_ day of July, 2019.

 

_____
UNITED STATES DISTRICT COURT JUDGE