UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**DAN BUNKERING (AMERICA), INC.,**

**VERSUS**                                                                                  Case No.: 1:19-cv-00413

**EPIC HEDRON,** *In Rem***, EPIC DIVING
AND MARINE SERVICES, LLC,** *In*                        FRCP 9(h)
*Personam* **and EPIC COMPANIES, LLC,**            In Admiralty
*In Personam*

## VERIFIED COMPLAINT IN INTERVENTION

Pursuant to L.R.104 E(k)(1), Oceanwide Cyprus, Ltd. and Oceanwide Texas, Inc. (collectively "Oceanwide") file their Verified Intervening Complaint against the Derrick Barge (DB) HEDRON, her engines, tackle and appurtenances, *in rem*, and Epic Companies, LLC ("EPIC") *in personam,* in a cause of action for breach of maritime contract and foreclosure of maritime liens, and respectfully represent as follows:

### JURISDICTION

1. This is an admiralty and maritime claim within the meaning of 28 U.S.C. §1333, Rule 9 (h) of the Federal Rules of Civil Procedure, and the Federal Maritime Lien Act, 46 U.S.C. §31301, *et seq.*

### PARTIES

2. Plaintiff-Intervenor, Oceanwide Cyprus, Ltd., is a corporation, or legal entity in the nature of a corporation, organized and existing pursuant to foreign law.

3. Plaintiff-Intervenor, Oceanwide Texas, Inc., is a corporation organized and existing under the laws of the State of Texas.

4. Oceanwide specializes in the recruitment and employment of maritime, construction, oil & gas and wind energy employees for various positions in the offshore industries.

Oceanwide furnished crew to the DB HEDRON, a foreign-flagged vessel currently within this District.

5. Specifically, an order directing the arrest of the DB HEDRON vessel has been issued (Doc. 6). The vessel remains within the jurisdiction of this Court, in the care of a substitute custodian. There has been no order issued to schedule the vessel for sale.

6. Defendant Epic Companies, LLC (hereafter "EPIC"), is a foreign limited liability company, not registered to do business in Alabama. Upon information and belief, EPIC was at all relevant times the charterer of the DB HEDRON.

**FACTS**

7. At the request of EPIC, the owner or charterer of the DB HEDRON or their authorized agent, Oceanwide provided necessary crew to the DB HEDRON during the period of April 16, 2019 through July 15, 2019. During that time, the crewmen earned wages for their service. Oceanwide paid the wages of each crewmember for their work on the DB HEDRON during the above-referenced time frame. Copies of Oceanwide's invoices, in the total principal amount of $271,309.00, are attached as Exhibit A.[1]

8. The pre-arrest services provided by Oceanwide to the DB HEDRON were necessary for the operations of the vessel in its ordinary trade, and have a fair market value in the total principal amount of $271,309.00 (exclusive of interest, costs, and attorney's fees), none of which has been paid despite amicable demand.

9. Pursuant to the general maritime law and the Federal Maritime Lien Act, Oceanwide has one or more maritime liens against the DB HEDRON and EPIC to secure its claim

---

[1] Oceanwide reserves the right to amend and supplement its damages claim.

of $271,309.00, plus pre-judgment and post-judgment interest, costs, attorney's fees, and collection expenses.

10. Oceanwide is entitled to have this Court recognize its lien(s) against the DB HEDRON and EPIC and is entitled to judgment against the vessel in the full amount of its claim, plus interest, costs and attorney's fees.

11. Further, Oceanwide is entitled to have the DB HEDRON seized and sold by the United States Marshal to satisfy its claims and said liens. Oceanwide avers that it is entitled to priority lienholder status, inasmuch as its claim arises from payment of crew wages and Oceanwide is subrogated thereto (subject to satisfaction of *custodia legis* expenses).

WHEREFORE, Oceanwide Cyprus, Ltd. and Oceanwide Texas, Inc. pray for the following relief:

A. That process be issued and served upon the DB HEDRON, her engines, tackle and apparel, in the form and manner prescribed by law, and that all persons claiming interest in said vessel may be cited to appear and answer the matters aforesaid;

B. That, after due proceedings are had, judgment be entered against the DB HEDRON and Epic Companies, LLC and in favor of Oceanwide Cyprus, Ltd. and Oceanwide Texas, Inc. in the sum of $271,309.00, plus interest, costs and attorney's fees;

C. That the DB HEDRON, her engines, tackle and apparel, be seized, condemned and sold to pay such sums; and

D. For such other general and equitable relief as this Honorable Court deems proper.

Done this the 23rd day of July, 2019.

Respectfully submitted,

*s/John P. Kavanagh, Jr.*
John P. Kavanagh, Jr.
Blake T. Richardson

Attorneys for Intervenors
Oceanwide Cyprus, Ltd. and
Oceanwide Texas, Inc.

33902732 v1

OF COUNSEL:
Burr & Forman LLP
RSA Tower
11 North Water Street
Suite 22200
Mobile, Alabama  36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
Email: jkavanagh@burr.com
      btrichardson@burr.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this 23rd day of July, 2019, I have served a copy of the foregoing documents by electronically filing same with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Neal C. Townsend
ADAMS AND REESE, LLP - Mobile
11 North Water Street, Suite 23200
Mobile, AL 36602
251/433-3234
Fax: 251/438-7733
Email: neal.townsend@arlaw.com

                                                 *s/John P. Kavanagh, Jr.*
                                                 COUNSEL

**INSTRUCTIONS TO U.S. MARSHAL:**

**The DB HEDRON remains under maritime arrest, in the care of a substitute custodian. The vessel may be re-arrested at EPIC Alabama Shipyard, 660 Dunlop Drive // Mobile, Alabama**

33902732 v1

**VERIFICATION**

STATE OF ALABAMA

COUNTY OF MOBILE

     COMES NOW before the undersigned authority John P. Kavanagh, Jr., who first being duly sworn, does depose and say as follows:

     1.     My name is John P. Kavanagh, Jr. and I am an adult resident of Mobile County, Alabama. I am a partner in the Burr & Forman, LLP law firm. My firm and I represent the Intervenors Oceanwide Cyprus, Ltd. and Oceanwide Texas, Inc., collectively "Oceanwide".

     2.     Oceanwide is not located within this district, nor does it have a corporate officer in the district to make this Verification. Therefore, as attorney-in-fact for Intervenor, the undersigned makes this Verification and attest that the information in this Complaint is true and correct based on personal knowledge and/or information and belief as supported by the representations made to the undersigned by his clients, documents and information reviewed by the undersigned. The undersigned further confirms that he is authorized to act and make this Verification on behalf of Oceanwide. L.R. 104 E(c).

     Further affiant sayeth not.

_____
John P. Kavanagh, Jr.
Attorney-in-fact for Intervenors
Oceanwide Cyprus, Ltd. and Oceanwide Texas, Inc.

SWORN TO and subscribed before me
On this the 23rd day of July, 2019

_____
Notary Public
My commission expires: July 14, 2020



33902732 v1