UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAN BUNKERING (AMERICA), INC,

VERSUS                                                CASE NO. 1:19-cv-00413-WS-B

EPIC HEDRON i*n rem*
EPIC DIVING & MARINE SERVICES
LLC, *in personam*
*EPIC COMPANIES, LLC in personam*

### *EX PARTE/*CONSENT MOTION FOR LEAVE
### TO FILE COMPLAINT IN INTERVENTION

NOW INTO COURT, through undersigned counsel, comes plaintiff-in-intervention, Versabar, Inc. ("Versabar") who moves this Court for an Order permitting it to file the attached Verified Complaint in Intervention. Counsel for all parties have advised that they have no opposition to the filing of this motion.

Respectfully submitted:

***s/Donald C. Radcliff***
DONALD C. RADCLIFF (Bar # RADCD1662)
Brady Radcliff & Brown, LLP
61 Saint Joseph Street
Mobile, AL  36602
Telephone:  254-405-0077
Email:  dradcliff@brblawyers.com

-and-

                ANDRÉ J. MOULEDOUX (LA Bar#9778)
                TREVOR M. CUTAIAR (LA Bar #33082)
                Mouledoux, Bland, Legrand & Brackett
                701 Poydras Street, Suite 4150
                New Orleans, LA  70139

| | |
|---|---|
| Telephone: | 504-595-3000 |
| Facsimile: | 504-522-2121 |
| E-Mail: | amouledoux@mblb.com |
| | tcutaiar@mblb.com |

*Attorneys for Intervenor, Versabar, Inc.*

### **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2019, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

      I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:  None.

                                ***s/Donald C. Radcliff***