UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAN BUNKERING (AMERICA), INC,

VERSUS                                               CASE NO. 1:19-cv-00413-WS-B

EPIC HEDRON i*n rem*
EPIC DIVING & MARINE SERVICES
LLC, *in personam*
*EPIC COMPANIES, LLC in personam*

## VERIFIED COMPLAINT IN INTERVENTION

The Verified Complaint of plaintiff-in-intervention, Versabar, Inc. ("Versabar") against D/B EPIC HEDRON, her engines, tackle, and appurtenances, *in rem*, in causes of breach of maritime contract and foreclosure of maritime liens, respectfully represents as follows:

### Jurisdiction

1.

This is an admiralty and maritime claim within the meaning of 28 U.S.C. §1333, Rule 9 (h) of the Federal Rules of Civil Procedure, and the Federal Maritime Lien Act, 46 U.S.C. §31301, *et seq.* Versabar is entitled to intervene as of right according to Rule 24(a) of the Federal Rules of Civil Procedure.

### Parties

2.

Plaintiff-Intervenor, Versabar, is a corporation organized and existing under the laws of the State of Louisiana. Its principal place of business is in Plaquemines Parish,

Louisiana. Versabar owns and operates a very specialized heavy lift equipment and rigging rental business within this District and it furnished pre-arrest necessaries to the vessel now within this District.

3.

D/B EPIC HEDRON (hereinafter the "HEDRON") is a 146-meter long steel hulled derrick barge registered in Vanatu that is now or will be during this action within this District and the jurisdiction of this Court.

**Facts**

4.

At the request of Ranger Offshore, Inc. ("RANGER") and/or the owner or charterer of the HEDRON or its authorized agent, Versabar provided necessaries (shackles, rigging, fabrication, testing and related services) to the HEDRON during the period of October 12, 2008 through November 26, 2018. Copies of Versabar's invoice, in the total principal amount of $74,124.26, is attached and incorporated as Exhibit A. Versabar reserves the right to amend and supplement its claim to include additional ongoing and accruing unpaid invoiced amounts pertaining to the HEDRON.

5.

The pre-arrest goods and services provided by Versabar to the HEDRON were necessary for the operations of the vessel in its ordinary trade, and have a fair market value in the total principal amount of $74,124.26 as well further amounts of additional invoices that have been, or may become issued, for services rendered to the HEDRON (exclusive of interest, costs, and attorney's fees), none of which has been paid despite amicable demand.

6.

RANGER has failed to make payments to Versabar for such goods and services.

7.

As shown by the attached Verifying Affidavit, the foregoing allegations are true and correct and within the admiralty jurisdiction of this Court.

8.

Pursuant to the general maritime law and the Federal Maritime Lien Act, Versabar has one or more maritime liens against the HEDRON totaling $74,124.26, plus pre-judgment and post-judgment interest, costs, attorney's fees, and collection expenses. Versabar reserves the right to amend and supplement its claim to include additional ongoing and accruing unpaid invoiced amounts pertaining to the HEDRON.

9.

Pursuant to the provisions of the Federal Maritime Lien Act, Versabar is entitled to have this Court recognize its lien(s) against the HEDRON and is entitled additionally to judgment against the vessel in the full amount of its claims, plus interest, costs and attorney's fees.

10.

As a result of RANGER's refusal to pay Versabar the sums owed as aforementioned, Versabar is entitled to judgment against the M/V EPIC HEDRON in the amount of its claims, plus attorney's fees, interest and costs; her engines, tackle and apparel, and to have the M/V EPIC HEDRON seized and sold by the United States Marshal or other person authorized by the Court to satisfy these claims and said liens asserted herein by Versabar.  Versabar further avers that it is entitled to the first monies

received from said seizure and sale following satisfaction of the expenses of the legal administration of the vessel while *in custodia legis*.

11.

Versabar reserves the right to amend and supplement this Complaint in Intervention to incorporate claims for any additional sums that may be owed by Epic Companies, LLC and/or which may give rise to further maritime liens against the D/B EPIC HEDRON.

WHEREFORE, Intervenor, Versabar, Inc., prays that citation be issued and served upon the M/V EPIC HEDRON, her engines, tackle and apparel, in the form and manner prescribed by law and that, all persons claiming interest in said vessel may be cited to appear and answer the matters aforesaid, and that, after due proceedings are had, judgment be entered against the M/V EPIC HEDRON and in favor of Versabar, Inc. in the sum of $189,218.00, plus interest, costs and attorney's fees.

Versabar, Inc., further prays that the M/V EPIC HEDRON, her engines, tackle and apparel, be seized, condemned and sold to pay such sums and all additional sums that may become due, and for such other general and equitable relief as this Honorable Court deems proper.

Respectfully submitted:

**_s/Donald C. Radcliff_**
DONALD C. RADCLIFF (Bar # RADCD1662)
Brady Radcliff & Brown, LLP
61 Saint Joseph Street
Mobile, AL  36602
Telephone:  254-405-0077
Email:  dradcliff@brblawyers.com

-and-

ANDRÉ J. MOULEDOUX (LA Bar#9778)
TREVOR M. CUTAIAR (LA Bar #33082)
Mouledoux, Bland, Legrand & Brackett
701 Poydras Street, Suite 4150
New Orleans, LA  70139
Telephone:   504-595-3000
Facsimile:    504-522-2121
E-Mail:        amouledoux@mblb.com
                   tcutaiar@mblb.com

*Attorneys for Intervenor, Versabar, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2019, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:  None.

***s/Donald C. Radcliff***

# EXHIBIT "A"

Invoice



**WIRE INFORMATION**  
Wells Fargo Bank, N.A.  
San Francisco, CA  
ABA Routing No.: 121000248  
Account No.: 4945646867  

Page: 1

**Versabar**
BELLE CHASSE

1111 ENGINEERS ROAD • BELLE CHASSE, LA 70037 • (504) 392-3200 • FAX (504) 392-3211

REMIT TO: VERSABAR, INC. • 11349 FM 529 ROAD • HOUSTON, TX 77041

TO: RANGER OFFSHORE, INC.  
ATTN: ACCOUNTS PAYABLE  
10370 RICHMOND AVENUE  
SUITE 1000  
HOUSTON, TX 77042

INVOICE NO: **B1218026**  
JOB NO: 18I007R  
DATE: 12/31/18

ATTN: KEVIN KOELZER  
PROJECT CONTACT

CUSTOMER AFE / PURCHASE ORDER: # 18978-R28460  
*ARENA -*  
LOCATION: MATAGORDA ISLAND 668A & 669A  
*HEDRON DERRICK LIFTS*

TERMS: Net 30 days

| Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|

RIGGING RENTAL FOR THE LIFTING AND HANDLING OF THE 686-STON MAIN DECK, 1,163-STON CELLAR DECK, AND 1,115-STON JACKET

RENTAL PRICE FOR THE EQUIPMENT

SYSTEM I: 686-STON MAIN DECK

| | | | | |
|---|---|---|---|---|
| 10/12/18 THRU 10/25/18 | | 1 | 41,600.00 | 41,600.00 |
| 10/26/18 THRU 11/01/18 | | 1 | 6,900.00 | 6,900.00 |
| 11/02/18 THRU 11/08/18 | | 1 | 6,900.00 | 6,900.00 |
| 11/09/18 THRU 11/15/18 | | 1 | 6,900.00 | 6,900.00 |
| 11/16/18 THRU 11/22/18 | | 1 | 6,900.00 | 6,900.00 |
| 11/23/18 THRU 11/29/18 | | 1 | 6,900.00 | 6,900.00 |
| 11/30/18 THRU 12/06/18 | | 1 | 6,900.00 | 6,900.00 |
| 12/07/18 THRU 12/11/18 5 DAYS AT $985.71 PER DAY | Days | 5 | 985.71 | 4,928.55 |

*SEE DRAWINGS EMANUELS*

SYSTEM II: 1,163-STON CELLAR DECK

| | | | | |
|---|---|---|---|---|
| 10/12/18 THRU 10/25/18 | N/C | 1 | | |
| 10/26/18 THRU 11/01/18 | N/C | 1 | | |
| 11/02/18 THRU 11/08/18 | N/C | 1 | | |
| 11/09/18 THRU 11/15/18 | N/C | 1 | | |
| 11/16/18 THRU 11/22/18 | N/C | 1 | | |
| 11/23/18 THRU 11/29/18 | N/C | 1 | | |
| 11/30/18 THRU 12/04/18 5 DAYS AT NO CHARGE | N/C | 5 | | |

*SEE DRAWING*

SYSTEM III: 1,115-STON JACKET

| | | | | |
|---|---|---|---|---|
| 10/12/18 THRU 10/25/18 | N/C | 1 | | |

Transferred to page 2.................................................. 87,928.55

*BALANCE OWED IS $74,124.26*

PRICES SHOWN ARE SUBJECT TO CORRECTION IN THE EVENT OF CLERICAL ERRORS

**WIRE INFORMATION**
Wells Fargo Bank, N.A.
San Francisco, CA
ABA Routing No.: 121000248
Account No.: 4945646867

Page: 2



**Versabar**
BELLE CHASSE

1111 ENGINEERS ROAD • BELLE CHASSE, LA 70037 • (504) 392-3200 • FAX (504) 392-3211
REMIT TO: VERSABAR, INC. • 11349 FM 529 ROAD • HOUSTON, TX 77041

TO: RANGER OFFSHORE, INC.
ATTN: ACCOUNTS PAYABLE
10370 RICHMOND AVENUE
SUITE 1000
HOUSTON, TX 77042

INVOICE NO: **B1218026**
JOB NO: 18I007R
DATE: 12/31/18

ATTN: KEVIN KOELZER
PROJECT CONTACT

CUSTOMER AFE / PURCHASE ORDER: # 18978-R28460

LOCATION: MATAGORDA ISLAND 668A & 669A

TERMS: Net 30 days

| Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|
| Transferred from page 1........................... | | | | 87,928.55 |
| 10/26/18 THRU 11/01/18 | N/C | 1 | | |
| 11/02/18 THRU 11/08/18 | N/C | 1 | | |
| 11/09/18 THRU 11/15/18 | N/C | 1 | | |
| 11/16/18 THRU 11/22/18 | N/C | 1 | | |
| 11/23/18 THRU 11/26/18 4 DAYS AT NO CHARGE | N/C | 4 | | |

NOTE:
PURCHASE ORDER NO.: 18978-R28460
EMAIL: KKOELZER@RANGEROFFSHOREINC.COM

Total Invoice: 87,928.55
Sales Tax 0.00

Total Price Due This Invoice: 87,928.55

PRICES SHOWN ARE SUBJECT TO CORRECTION IN THE EVENT OF CLERICAL ERRORS.

| Versabar | System: | QUALITY MANAGEMENT SYSTEM | | | |
|---|---|---|---|---|---|
| | Document Title: | Client Authorization Form | | | |
| | Revision: | 1 | Status: | Approved | Page 1 of 1 |
| | Approvals: | Originator: | JPF | Approver: | EJG |
| VB-QMS9001-722-9804 ||||||

## Versabar, Inc. - Client Authorization

This form grants authorization to proceed with an order for services or equipment.

| | |
|---|---|
| Name of Versabar Contact | Brian Freese |
| Company Ordering Services | Ranger Offshore |
| Contact Name | Kevin Koelzer |
| Contact Phone Number | (832) 482-4944 |
| Contact Email Address | KKoelzer@rangeroffshoreinc.com |
| Company Name (if Different) & Billing Address for Invoicing | |
| Company PO Number | To follow |
| Company AFE or Charge Codes (if any) | |
| Versabar Proposal Number | VBR.18.8.71 and VBR.18.8.83 |
| Versabar Job Number | 18I004R and 18I007R |
| Date Services or Equip. Required | ~9/11 and ~9/18 |
| Is this order taxable? | ☐ YES  ☒ NO |
| Location where service/equipment will be used | Matagorda Island 668A and MI 669A |
| Shipping Instructions | |

The undersigned does hereby authorize Versabar, Inc. to proceed with the work as described in Versabar's proposal number shown above and under the terms and conditions as attached to the proposal. In the event there is a Master Service Agreement or contract in place between Versabar and the Company ordering the work, the work or rental shall be under those terms and conditions. Further, the undersigned is authorized to order the services or work on behalf of the Company shown above.

Kevin Koelzer *(Digitally signed by Kevin Koelzer)*     9/5/18

Signature     Date

**Kevin Koelzer**

Print Name

THE ELECTRONIC VERSION OF THIS DOCUMENT IS THE ONLY CONTROLLED VERSION. ANY AND ALL PRINTED COPIES ARE UNCONTROLLED.









| Versabar | System: | QUALITY MANAGEMENT SYSTEM | | | |
|---|---|---|---|---|---|
| | Document Title: | Client Authorization Form | | | |
| | Revision: | 1 | Status: | Approved | Page 1 of 1 |
| | Approvals: | Originator: | JPF | Approver: | EJG |

VB-QMS9001-722-9804

## Versabar, Inc. - Client Authorization

This form grants authorization to proceed with an order for services or equipment.

| | |
|---|---|
| Name of Versabar Contact | Brian Freese |
| Company Ordering Services | Ranger Offshore |
| Contact Name | Kevin Koelzer |
| Contact Phone Number | (832) 482-4944 |
| Contact Email Address | KKoelzer@rangeroffshoreinc.com |
| Company Name (if Different) & Billing Address for Invoicing | |
| Company PO Number | To follow |
| Company AFE or Charge Codes (if any) | |
| Versabar Proposal Number | VBR.18.8.71 and VBR.18.8.83 |
| Versabar Job Number | 18I004R and 18I007R |
| Date Services or Equip. Required | ~9/11 and ~9/18 |
| Is this order taxable? | ☐ YES  ☒ NO |
| Location where service/equipment will be used | Matagorda Island 668A and MI 669A |
| Shipping Instructions | |

The undersigned does hereby authorize Versabar, Inc. to proceed with the work as described in Versabar's proposal number shown above and under the terms and conditions as attached to the proposal. In the event there is a Master Service Agreement or contract in place between Versabar and the Company ordering the work, the work or rental shall be under those terms and conditions. Further, the undersigned is authorized to order the services or work on behalf of the Company shown above.

Kevin Koelzer *(Digitally signed by Kevin Koelzer, DN: cn=Kevin Koelzer, o, ou, email=kkoelzer@rangeroffshoreinc.com, c=US, Date: 2018.09.05 09:53:45 -05'00')*   9/5/18

Signature                                                                                     Date

Kevin Koelzer

Print Name

THE ELECTRONIC VERSION OF THIS DOCUMENT IS THE ONLY CONTROLLED VERSION. ANY AND ALL PRINTED COPIES ARE UNCONTROLLED.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

DAN BUNKERING (AMERICA), INC,

VERSUS                              CASE NO. 1:19-cv-00413-WS-B

EPIC HEDRON in rem
EPIC DIVING & MARINE SERVICES
LLC, in personam
EPIC COMPANIES, LLC in personam

### **VERIFICATION**

STATE OF TEXAS

COUNTY OF HARRIS

  BEFORE ME, the undersigned authority, personally came and appeared

PHILIP RUNDLE

who, after being duly sworn did depose and state:

  That he is Commercial Director and authorized officer of Versabar, Inc.;

  That he has reviewed the above and foregoing Complaint in Intervention;

  That all of the allegations of fact therein contained are true and correct to the best of his knowledge, information and belief;

  That he is providing this Affidavit on behalf of Versabar, Inc., and

  That the exhibits attached hereto are true and correct copies of company records and other documents.



Sworn to and Subscribed Before
Me this 24th day of July, 2019.

*Constance H. LeBlanc*
NOTARY PUBLIC
Constance H. LeBlanc   131123933
Printed Name/Bar Roll #

PHILIP RUNDLE

CONSTANCE H. LEBLANC
Notary Public, State of Texas
Comm. Expires 06-10-2021
Notary ID 131123933