UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAN BUNKERING (AMERICA), INC,

VERSUS                                          CASE NO. 1:19-cv-00413-WS-B

EPIC HEDRON i*n rem*
EPIC DIVING & MARINE SERVICES
LLC, *in personam*
*EPIC COMPANIES, LLC in personam*

## **ORDER**

Considering the foregoing *Ex Parte*/Consent Motion of Versabar, Inc., for leave to File Verified Complaint in Intervention;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Intervenor, Versabar, Inc., be and is hereby granted leave to file its Complaint in Intervention in the above referenced matter.

Mobile, Alabama this _____ day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE