# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAN BUNKERING (AMERICA), INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION 19-0413-WS-B |
| EPIC HEDRON, *in rem*, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on plaintiff-in-intervention Versabar, Inc.'s filings styled "*Ex parte /* Consent Motion for Leave to File Complaint in Intervention" (doc. 16) and "Motion for Order Authorizing Issuance of Warrant of Arrest" (doc. 19).

The Court file reflects that on July 23, 2019, the undersigned entered an Order (doc. 6) granting plaintiff Dan Bunkering's Motion for Issuance of Arrest Warrant (doc. 2). The July 23 Order specifically provided as follows: "IT IS HEREBY ORDERED that the Clerk of Court issue a Warrant for the Arrest of the EPIC HEDRON, her engines, rigging, tackle, equipment, furnishings, and fixtures." (PageID.30.) The Clerk of Court issued a Warrant for Arrest of Vessel EPIC HEDRON later that same day. (PageID.33.) On July 26, 2019, the U.S. Marshals Service filed a "Process Receipt and Return" confirming that the Warrant had been served on the superintendent of the vessel onboard the ship on July 24, 2019. (PageID.114.)

In light of these developments, Versabar's filings in intervention are governed by Civil L.R. 104(k). That rule provides, in relevant part, that when a vessel has been arrested and is in the hands of the Marshal or a substitute custodian, "anyone having a claim against the vessel … is required to present the claim by filing an intervening complaint and obtain a warrant of arrest …. No formal motion is required." Civil L.R. 104(k)(1). As such, Versabar's Motion for Leave to File Complaint in Intervention is **denied** as unnecessary. Versabar is **ordered** to file the proposed Verified Complaint in Intervention appended to its Motion (PageID.91-106) as a freestanding pleading for which no judicial authorization is required. The Motion for Order

Authorizing Issuance of Warrant of Arrest is **granted**.  The Clerk of Court is directed to issue a supplemental Warrant for Arrest in favor of Versabar in substantially the form appended to Versabar's Motion at PageID.112-13.

    DONE and ORDERED this 26th day of July, 2019.

                                                       s/ WILLIAM H. STEELE  
                                                       UNITED STATES DISTRICT JUDGE