UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAN BUNKERING (AMERICA), INC,

VERSUS                                                          CASE NO. 1:19-cv-00413-WS-B

EPIC HEDRON i*n rem*
EPIC DIVING & MARINE SERVICES
LLC, *in personam*
*EPIC COMPANIES, LLC in personam*

## VERIFIED FIRST AMENDED AND SUPPLEMENTAL COMPLAINT IN INTERVENTION

This Verified First Amended and Supplemental Complaint of plaintiff-in-intervention, Versabar, Inc. ("Versabar"), against D/B EPIC HEDRON, her engines, tackle, and appurtenances, *in rem*, in causes of breach of maritime contract and foreclosure of maritime liens, respectfully represents as follows:

**Jurisdiction**

1.

This is an admiralty and maritime claim within the meaning of 28 U.S.C. §1333, Rule 9 (h) of the Federal Rules of Civil Procedure, and the Federal Maritime Lien Act, 46 U.S.C. §31301, *et seq.* Versabar is entitled to intervene as of right according to Rule 24(a) of the Federal Rules of Civil Procedure.

**Parties**

2.

Plaintiff-Intervenor, Versabar, is a corporation organized and existing under the laws of the State of Louisiana. Its principal place of business is in Plaquemines Parish,

Louisiana. Versabar owns and operates a very specialized heavy lift equipment and rigging rental business and it furnished pre-arrest necessaries to the vessel now within this District.

3.

D/B EPIC HEDRON (hereinafter the "HEDRON") is a 146-meter long steel hulled derrick barge registered in Vanatu that is now or will be during this action within this District and the jurisdiction of this Court.

**Facts**

4.

At the request of Ranger Offshore, Inc. ("RANGER") and/or the owner or charterer of the HEDRON or its authorized agent, Versabar provided necessaries (shackles, rigging, fabrication, testing and related services) to the HEDRON during the period of October 12, 2018 through November 26, 2018. Copies of Versabar's invoice, in the total principal amount of $74,124.26, is attached and incorporated as <u>Exhibit A</u>. Versabar reserves the right to amend and supplement its claim to include additional ongoing and accruing unpaid invoiced amounts pertaining to the HEDRON.

5.

At the request of Epic Companies LLC ("EPIC"), owner and/or charterer and/or operator of the HEDRON, Versabar provided additional necessaries (shackles, rigging, fabrication, testing and related services) to the HEDRON during the period of June 28, 2019 through July 9, 2019. Copies of Versabar's invoice, in the total principal amount of $40,039.36, is attached and incorporated as <u>Exhibit B</u>. Versabar reserves the right to

amend and supplement its claim to include additional ongoing and accruing unpaid invoiced amounts pertaining to the HEDRON.

6.

The pre-arrest goods and services provided by Versabar to the HEDRON were necessary for the operations of the vessel in its ordinary trade, and have a fair market value in the total principal amount of $114,163.62 as well further amounts of additional invoices that have been, or may become issued, for services rendered to the HEDRON (exclusive of interest, costs, and attorney's fees), none of which has been paid despite amicable demand.

7.

RANGER and EPIC have both failed to make payments to Versabar for such goods and services.

8.

As shown by the attached Verifying Affidavit, the foregoing allegations are true and correct and within the admiralty jurisdiction of this Court.

9.

Pursuant to the general maritime law and the Federal Maritime Lien Act, Versabar has one or more maritime liens against the HEDRON totaling $114,163.62, plus pre-judgment and post-judgment interest, costs, attorney's fees, and collection expenses. Versabar reserves the right to amend and supplement its claim to include additional ongoing and accruing unpaid invoiced amounts pertaining to the HEDRON.

10.

Pursuant to the provisions of the Federal Maritime Lien Act, Versabar is entitled to have this Court recognize its lien(s) against the HEDRON and is entitled additionally to judgment against the vessel in the full amount of its claims, plus interest, costs and attorney's fees.

11.

As a result of RANGER's and EPIC's refusal to pay Versabar the sums owed as aforementioned, Versabar is entitled to judgment against the HEDRON in the amount of its claims, plus attorney's fees, interest and costs; her engines, tackle and apparel, and to have the HEDRON seized and sold by the United States Marshal or other person authorized by the Court to satisfy these claims and said liens asserted herein by Versabar.  Versabar further avers that it is entitled to the first monies received from said seizure and sale following satisfaction of the expenses of the legal administration of the vessel while *in custodia legis*.

12.

Versabar reserves the right to amend and supplement this First Amended and Supplemental Complaint in Intervention to incorporate claims for any additional sums that may be owed by Epic Companies, LLC and/or which may give rise to further maritime liens against the EPIC HEDRON.

WHEREFORE, Intervenor, Versabar, Inc., prays that citation be issued and served upon the D/B EPIC HEDRON, her engines, tackle and apparel, in the form and manner prescribed by law and that, all persons claiming interest in said vessel may be cited to appear and answer the matters aforesaid, and that, after due proceedings are

had, judgment be entered against the D/B EPIC HEDRON and in favor of Versabar, Inc. in the sum of $ 114,163.62, plus interest, costs and attorney's fees.

Versabar, Inc., further prays that the D/B EPIC HEDRON, her engines, tackle and apparel, be seized, condemned and sold to pay such sums and all additional sums that may become due, and for such other general and equitable relief as this Honorable Court deems proper.

Respectfully submitted:

**_s/Donald C. Radcliff_**
DONALD C. RADCLIFF (Bar #RADCD1662)
Brady Radcliff & Brown, LLP
61 Saint Joseph Street
Mobile, AL  36602
Telephone:  254-405-0077
Email:  dradcliff@brblawyers.com


-and-

ANDRÉ J. MOULEDOUX (LA Bar#9778)
TREVOR M. CUTAIAR (LA Bar #33082)
Mouledoux, Bland, Legrand & Brackett
701 Poydras Street, Suite 4150
New Orleans, LA  70139
Telephone:   504-595-3000
Facsimile:   504-522-2121
E-Mail:       amouledoux@mblb.com
              tcutaiar@mblb.com
*Attorneys for Intervenor, Versabar, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2019, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

      I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:  None.

      ***s/Donald C. Radcliff***