UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | | |
|---|---|---|
| DAN BUNKERING (AMERICA), INC. | * | |
| | * | |
| VERSUS | * | CASE NO. 1:19-cv-00413-WS-B |
| | * | |
| EPIC HEDRON, *in rem*, | * | |
| EPIC DIVING & MARINE SERVICES, | * | |
| LLC, *in personam*, | * | |
| EPIC COMPANIES, LLC, *in personam* | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*

**<u>VERIFIED COMPLAINT IN INTERVENTION</u>**

NOW COMES Plaintiff-in-Intervention, Fugro USA Marine, Inc. ("Fugro"), and files this Verified Complaint in Intervention against M/V EPIC HEDRON, her engines, tackle, apparel, etc., *in rem*, in causes of breach of maritime contract and foreclosure of maritime liens and to recover equipment remaining on board the vessel which is owned by Fugro, respectfully represents, upon information and belief, as follows:

**<u>Jurisdiction</u>**

1.

This claim is within the Court's admiralty jurisdiction pursuant to 28 U.S.C. §1333, and the Federal Maritime Lien Act, 46 U.S.C. §31301, *et seq*. This is an admiralty and maritime claim within the meaning Rule 9(h) of the Federal Rules of Civil Procedure. Fugro brings this intervention in accordance with Rule 24(a) of the Federal Rules of Civil Procedure and also L.R. 104(k).

**Parties**

2.

Plaintiff/Intervenor, Fugro, is a duly organized and existing corporation under the laws of the State of Louisiana with its principal place of business located in Houston, Texas.  Fugro provides navigational, positioning and surveying equipment and services in the maritime and oil and gas industries.  Fugro provided such pre-arrest necessaries to the vessel described herein below which is now within the jurisdictional boundaries of this District.

3.

M/V EPIC HEDRON (the "EPIC HEDRON") is a 394 foot Vanuatu flagged derrick barge bearing Official No. 2056 and is now or will be during this pendency of this action within the jurisdiction of this Honorable Court.

**Facts**

4.

On about September 24, 2018, at the request of EPIC HENDRON and/or those acting on its behalf or on behalf of the vessel, Fugro began providing necessaries including, but not limited to, navigational, positioning and surveying services and equipment to the EPIC HEDRON.  Attached hereto as **Exhibit "A"**, *in globo*, are copies of Fugro's invoices for said necessaries in the principal amount of $300,036.23.  Fugro reserves the right to amend and supplement its claim to include additional unpaid amounts as they may become due.

5.

The foregoing pre-arrest equipment and services furnished to the EPIC HEDRON by Fugro were necessary for the operation of the vessel in its ordinary course of trade, and have a fair market value in the total principal amount of $300,036.23 and as well as in the further

amounts of additional invoices that may become due, for services rendered to the EPIC HEDRON (exclusive of interest and costs), none of which has been paid despite amicable demand.

6.

Despite amicable demand, Fugro has not been paid for the foregoing necessaries finished to the vessel.

7.

Pursuant to the attached Verification, the foregoing allegations are true and correct.

8.

Pursuant to the general maritime law and the Federal Maritime Lien Act, Fugro has one or more maritime liens against the EPIC HEDRON totaling $300,036.23, plus any additional invoices that may become due, pre-judgment interest, post-judgment interest, costs and other expenses.

9.

Fugro is entitled to have this Court recognize its lien(s) against the EPIC HEDRON and is entitled also to judgment against the vessel in the full amount of its claims, plus interest and costs.

10.

Fugro is entitled to have the EPIC HEDRON, her engines, tackle, apparel, etc., *in rem*, seized and sold by the United Sates Marshal to satisfy the claim and said lien(s) asserted herein by Fugro.  Fugro avers that it is entitled to the first monies received from said seizure and sale following subject to satisfaction of *custodia legis* expenses.

11.

In addition to the foregoing, Fugro is the legal and titled owner of certain equipment presently remaining onboard the EPIC HEDRON. A list of said equipment is attached hereto as **Exhibit "B"**.

12.

Fugro is being wrongfully deprived of possession of its equipment listed on **Exhibit "B"**

13.

Fugro is entitled to the possession of equipment listed on **Exhibit "B"**.

Fugro reserves the right to supplement and amend this Verified Complaint in Intervention as further investigation and discovery may require.

WHEREFORE, Plaintiff-in-Intervention, Fugro USA Marine, Inc., prays that:

1. Process in due form of law in a cause of admiralty and maritime jurisdiction may issue against M/V EPIC HEDRON, her engines, tackle, apparel, etc., *in rem*, and that all persons having or claiming any interest in said vessel be cited to appear and answer;

2. A warrant of arrest of the M/V EPIC HEDRON her engines, tackles and apparel including the equipment listed on **Exhibit "B"** be issued and served; and

3. After due proceedings are had, judgment be entered against the M/V EPIC HEDRON in favor of Fugro USA Marine, Inc. in the sum of $300,036.23 and any additional amounts due, plus interest and costs, and ordering the release of the equipment listed on **Exhibit "B"** to Fugro USA Marine, Inc.'s rightful possession.

Fugro USA Marine, Inc. further prays that the M/V EPIC HEDRON, her engines, tackle and apparel, be seized, condemned and sold to pay such sums, and for such other general and equitable relief as this Honorable Court deems proper.

                              Respectfully submitted,

                              *s/ Paul T. Beckmann*
                              PAUL T. BECKMANN (BECKP0493)
                              HAND ARENDALL HARRISON SALE LLC
                              Post Office Box 123
                              Mobile, Alabama  36601
                              Telephone:  (251) 432-5511
                              Facsimile:  (251) 694-6375
                              E-mail: pbeckmann@handarendall.com
                              *Attorney for Fugro USA Marine, Inc.*

**Please arrest the M/V EPIC HEDRON now lying afloat at:**

**EPIC Alabama Shipyard**
**660 Dunlap Drive**
**Mobile, Alabama 36602**

## **VERIFICATION**

STATE OF ALABAMA

COUNTY OF MOBILE

COMES NOW before the undersigned authority Paul T. Beckmann, who after being duly sworn, did depose and say as follows:

1. I am the age of majority and competent to make this verification;

2. I am a partner in the law firm of Hand Arendall Harrison Sale LLC;

3. My law firm and I represent Plaintiff/Intervenor Fugro USA Marine, Inc. ("Fugro") in this action;

4. Fugro does not have a corporate officer in the district to make this Verification;

5. As Fugro's attorney-in-fact, I declare that I have read the foregoing Verified Complaint in Intervention and know its contents; that the same is true and correct to the best of my knowledge and belief; and that the source of my knowledge and the grounds for my belief are various documents and information furnished to me by Fugro; and

6. I have specific authorization and am duly authorized to make this Verification.

The 14th day of August 2019.

_____
Attorney-in-fact for Intervenor
Fugro USA Marine, Inc.

Sworn to and subscribed before me,
this 14th day of August, 2019

_____
Notary Public
My commission expires: 7-16-2022