UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | | |
|---|---|---|
| DAN BUNKERING (AMERICA), INC. | * | |
| | * | |
| VERSUS | * | CASE NO. 1:19-cv-00413-WS-B |
| | * | |
| EPIC HEDRON, *in rem*, | * | |
| EPIC DIVING & MARINE SERVICES, | * | |
| LLC, *in personam*, | * | |
| EPIC COMPANIES, LLC, *in personam* | * | |
| | * | |

\* \* \* \* \* \* \*

## MOTION FOR ISSUANCE OF ORDER FOR WARRANT OF ARREST

Fugro USA Marine, Inc. moves this Court for the issuance of an order and warrant of arrest against M/V EPIC HEDRON, her engines, tackle, furniture, machinery, equipment, and appurtenances, *in rem*, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. This Motion is based upon the Verified Complaint in Intervention filed herein by Fugro USA Marine, Inc.

Respectfully submitted,

*s/ Paul T. Beckmann*
PAUL T. BECKMANN (BECKP0493)
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511
Facsimile: (251) 694-6375
E-mail: pbeckmann@handarendall.com