UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | | |
|---|---|---|
| DAN BUNKERING (AMERICA), INC. | * | |
| | * | |
| VERSUS | * | CASE NO. 1:19-cv-00413-WS-B |
| | * | |
| EPIC HEDRON, *in rem*, | * | |
| EPIC DIVING & MARINE SERVICES, | * | |
| LLC, *in personam*, | * | |
| EPIC COMPANIES, LLC, *in personam* | * | |
| | * | |

* * * * * * *

## ORDER FOR ISSUANCE OF PROCESS OF
## MARITIME ATTACHMENT AND ARREST, FRCP RULE C(2)(a)

Upon reading the Verified Complaint in Intervention of Fugro USA Marine, Inc. seeking issuance of process of maritime arrest in this action, and good cause appearing therefor, it is

ORDERED:

That the Clerk issue the process of maritime arrest of the vessel M/V EPIC HEDRON, her engines, tackle, boilers, etc. and against all persons having or claiming to have any interest therein, that they be cited to appear and answer under oath all and singular the matters set forth in the Complaint in Intervention.

That any person claiming an interest in the property arrested may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff in Intervention, be entitled to an order requiring the Plaintiff in Intervention to show cause why the arrest should not be vacated or other relief granted; and it is further ORDERED:

-2-

That a copy of this Order must be attached to and served with the process of maritime arrest.

This, the ___ day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE