UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | | |
|---|---|---|
| DAN BUNKERING (AMERICA), INC. | * | |
| | * | |
| VERSUS | * | CASE NO. 1:19-cv-00413-WS-B |
| | * | |
| EPIC HEDRON, *in rem*, | * | |
| EPIC DIVING & MARINE SERVICES, | * | |
| LLC, *in personam*, | * | |
| EPIC COMPANIES, LLC, *in personam* | * | |
| | * | |

\* \* \* \* \* \* \*

## WARRANT FOR ARREST *IN REM*

TO THE UNITED STATES MARSHAL
FOR THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Fugro USA Marine, Inc.'s Complaint in Intervention in the above-styled *in rem* proceeding was filed in the Southern Division of this Court on August 14, 2019.

In accordance with FRCP Supplemental Rule C, you are directed both to arrest the defendant vessel, the M/V EPIC HEDRON, her tackle, apparel, furniture, engines and appurtenances, should you find her within this district, and to detain her in your custody pending further order of the court.

You must also give notice of the arrest to all persons upon whom notice is required by FRCP Supplemental Rule C(4), as designated below by the plaintiff-intervenor and the practices of your office.

**Notice to**:
Master, M/V EPIC HEDRON
Now lying afloat at EPIC Alabama Shipyard
660 Dunlap Drive
Mobile, Alabama 36602

SO ORDERED, at Mobile, Alabama, this ___ day of August, 2019.

CHARLES R. DIARD, JR., Clerk

By: _____
DEPUTY CLERK