UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DAN BUNKERING (AMERICA), INC. | * | CIVL ACTION NO: |
| VERSUS | * | 1:19-CV-00413-WS-B |
| EPIC HEDRON, *in rem*, EPIC DIVING & MARINE SERVICES LLC, *in personam*, EPIC COMPANIES, LLC, *in personam* | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **VERIFIED COMPLAINT IN INTERVENTION**

NOW INTO COURT, through undersigned counsel, comes plaintiff-in-intervention, DHD OFFSHORE SERVICES, LLC, and for its Verified Complaint in Intervention against the D/B EPIC HEDRON, her engines, machinery, tackle, appurtenances, apparel, etc. *in rem*, and EPIC COMPANIES, LLC, *in personam,* stating an admiralty and maritime claim within this Honorable Court's admiralty and maritime jurisdiction in accordance with Rule 9(h) of the Federal Rules of Civil Procedure and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, respectfully allege upon information and belief as follows:

### **JURISDICTION AND VENUE**

I.

Jurisdiction is proper in accordance with 28 U.S.C. § 1333, Rule 9(h) of the Federal Rules of Civil Procedure, and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. Venue is also proper in this district in accordance with 28 U.S.C. §1391(b)(2) and (d) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

## PARTIES

II.

Plaintiff-in-intervention, DHD Offshore Services, LLC, is a limited liability company organized under the laws of the State of Louisiana and doing business within the State of Louisiana.

III.

Upon information and belief, defendant, EPIC COMPANIES, LLC, was and is a limited liability company, doing business within the State of Alabama, and within the jurisdiction of this Honorable Court, and was/is the registered owner/operator of *in rem* defendant, the D/B EPIC HEDRON;

IV.

Defendant *in rem* is the D/B EPIC HEDRON, a 394 foot derrick barge bearing Official No. 2056 and Vanuatu flagged. The *in rem* defendant is now or will during the pendency of this lawsuit be upon the navigable waters of Alabama, within this district and within the jurisdiction of this Honorable Court.

## CLAIMS AGAINST DEFENDANT

V.

On March 23, 2018, DHD Offshore Services, LLC and Epic Companies, LLC entered into an Adoption of Temporary Personnel Services Agreement (the "Agreement"), attached hereto as Exhibit A, wherein DHD Offshore Services, LLC would provide temporary contract labor to Epic Companies. This Agreement adopted a May 6, 2015 Temporary Personnel Service Agreement between DHD Offshore Services and nonparty, Tetra Technologies, Inc., which is attached hereto as Exhibit B. From approximately July 1, 2019 to July 7, 2019, DHD Offshore Services provided

temporary contract labor to the D/B EPIC HEDRON that were essential to and necessary to the operation of the Vessel and the accomplishment of its mission.

VI.

DHD Offshore Services submitted Invoice No. 3113 to Epic Companies for $21,791.00 for temporary contract labor provided to the D/B EPIC HEDRON, which amount Epic Companies has failed to pay despite notice and demand to do so. Exhibit No. 3113 is attached hereto as Exhibit C.

VII.

The Agreement provides that invoices issued by DHD Offshore Services were to be paid within sixty (60) days of receipt. By failing to pay the invoices within the agreed upon payment terms, Epic Companies has breached the Agreement.

VIII.

Plaintiff-in-intervention, DHD Offshore Services, is entitled to a maritime lien against the D/B EPIC HEDRON and is legally entitled to seize said Vessel pursuant to its rights under the general maritime law and admiralty laws of the United States and have it sold to satisfy any judgment which might be rendered in this matter. Claimant provided temporary contract labor to the Vessel on the order of the owner or a person authorized by the owner, which services constitute necessaries under the Federal Maritime Lien Act, 46 U.S.C. § 31342 as defined in 46 U.S.C. § 31301.

IX.

Upon information and belief, the D/B EPIC HEDRON is presently, or will during the pendency of this action be, on the navigable waters of Alabama within the district and within the jurisdiction of this Honorable Court and is subject to arrest pursuant to Rule C of the Supplemental

Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedures to enforce Claimant's maritime lien on this Vessel.

X.

Despite amicable demand, DHD Offshore Services' invoices remain unpaid, and Epic Companies, LLC is indebted for said amount.

XI.

DHD Offshore Services, LLC reserves the right to supplement and amend this Verified Complaint in Intervention as necessary and appropriate through discovery of additional information relevant hereto.

XII.

In accordance with applicable Local Admiralty Rules, DHD Offshore Services, LLC agrees to hold harmless and indemnify the U.S. Marshal and all of its deputies for any and all liabilities as a result of seizing the aforesaid property.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff-in-Intervention, DHD OFFSHORE SERVICES, LLC, prays:

1. For process *in rem* pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure be used by the Court against the D/B EPIC HEDRON, its tackle, furniture, apparel, appurtenances, etc., that all persons having a claim and interest therein be cited to appear herein and answer, under oath, all and singular matters aforesaid, and that the Vessel be seized, condemned and sold to satisfy all amounts owed to DHD OFFSHORE SERVICES, LLC as set forth herein;

2. That after due proceedings, judgment be entered herein in favor of DHD OFFSHORE SERVICES, LLC and against EPIC COMPANIES, LLC *in personam* and the D/B EPIC

HEDRON *in rem* in the amount of $21,791.00 plus accrued interest, costs, seizure expenses, attorney's fees, and all other such sums to which DHD OFFSHORE SERVICES, LLC is entitled;

3. That the United States Marshal for this District arrest the said vessel and maintain custody over it until such time as security is posted in a form and amount sufficient to secure DHD OFFSHORE SERVICES, LLC's claims herein;

4. That any property arrested in this proceeding be sold under the direction of this Court and that the proceeds of the sale be brought into the Court to satisfy all monies owed to DHD OFFSHORE SERVICES, LLC as set forth herein;

5. That this Honorable Court grant DHD OFFSHORE SERVICES, LLC such other and further relief which it may deem just and proper.

                                                Respectfully submitted,

                                                Respectfully submitted,

/s/ Scott D. Stevens
SCOTT D. STEVENS (STE185)
ATTORNEY FOR PLAINTIFF-IN-INTERVENTION
STARNES DAVIS FLORIE LLP
11 N. Water Street, Suite 20290
Mobile, AL 36602
Phone: (251) 433-6049
Fax: (251) 433-5901
sstevens@starneslaw.com

ATTORNEY FOR PLAINTIFF-IN-INTERVENTION, DHD OFFSHORE SERVICES, LLC

## CERTIFICATE

I HEREBY CERTIFY that the above and foregoing has this date been served on all counsel of record in this proceeding by:

( ) Hand Delivery          ( ) Prepaid U.S. Mail

( ) Facsimile          ( ) Federal Express

(✔) CM/ECF Filing System

Mobile, Alabama, this 26th day of August, 2019.

                           /s/ Scott D. Stevens
                           SCOTT D. STEVENS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DAN BUNKERING (AMERICA), INC. | * | CIVL ACTION NO: |
| VERSUS | * | 1:19-CV-00413-WS-B |
| EPIC HEDRON, *in rem*, EPIC DIVING & MARINE SERVICES LLC, *in personam*, EPIC COMPANIES, LLC, *in personam* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## VERIFICATION

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the State of Alabama, personally came and appeared, SCOTT D. STEVENS, who after being duly sworn, under oath, did depose and state the following:

I, Scott D. Stevens, am an attorney at the law firm of Starnes Davis Florie, LLP, counsel for Plaintiff-in-Intervention, DHD Offshore Services, LLC. I am authorized by Dane Daigle, sole member of DHD Offshore Services, LLC, to make this Verification. The facts set forth in the Verified Complaint in Intervention are true and correct based upon the information provided to me as attorney for DHD Offshore Services, LLC. DHD Offshore Services, LLC does not have any members or directors within this District. This Verification is made pursuant to Local Rule 104, E(c) of the Local Rules for the Southern District of Alabama.

THUS DONE AND SIGNED on this 26th day of August, 2019 at Mobile, Alabama.

_____
SCOTT D. STEVENS

SWORN TO AND SUBSCRIBED before me, Notary Public, on the 26th day of August, 2019.

_____
NOTARY PUBLIC

[Notary Seal: MARCIE MUELLER, MY COMMISSION EXPIRES November 24, 2019, NOTARY PUBLIC, STATE OF ALABAMA]